[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 16, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-11426
Non-Argument Calendar

_____

D. C. Docket No. 01-00070-CR-J-20-MMH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JACETA ANYA STREETER,
a.k.a. Star,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 16, 2007)**

Before MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Jaceta Streeter on this direct

criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Streeter's revocation of supervised release and sentence are **AFFIRMED**.